```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 52761
   MICHAEL C CADY
   PAIGE A. CADY                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4392     SSN XXX-XX-6474


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/05 and confirmed on 12/02/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  54380.55 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL FINANCE CORPO | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 4902.83 | .00 | 4902.83 |
| BENEFICIAL FINANCE CORPO | MORTGAGE ARRE | 1647.81 | .00 | 1647.81 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 12177.00 | 1269.27 | 12177.00 |
| CAPITAL ONE AUTO FINANCE | SECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5015.27 | .00 | 3219.93 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 380.47 | .00 | 244.27 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16269.10 | .00 | 10445.18 |
| BL MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2370.58 | .00 | 1521.97 |
| CAPITAL ONE BANK | UNSECURED | 1032.94 | .00 | 663.17 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 644.95 | .00 | 414.07 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST ANESTHESIOLOGIS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MEDIC | FILED LATE | .00 | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 488.65 | .00 | 313.73 |
| CROVE DENTAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILLIAM M HADESMAN MD | UNSECURED | 494.60 | .00 | 317.55 |
| ROUNDUP FUNDING LLC | UNSECURED | 370.00 | .00 | 237.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12321.00 | .00 | 7910.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 1247.84 | .00 | 801.14 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| W REGIONAL MRI LTD PARTN | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | NOT FILED | .00 | .00 |

```
CAPITAL ONE AUTO FINANCE UNSECURED          6804.05            .00          4368.37
     Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18727.64         .00     47439.45         .00      66167.09
PRINCIPAL PAID      18727.64         .00     30457.32         .00      49184.96
INTEREST PAID        1269.27         .00          .00         .00       1269.27
TOTAL PAID          19996.91         .00     30457.32         .00      50454.23
```

The Debtor's attorney, KATHRYN L HARRY             , was allowed $   2100.00
and was paid $   1050.00   direct and $   1050.00   through the plan.

The Trustee received $   2375.77 .

Refunds to the Debtor totaled $    500.55 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE